## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANTONIO G. CANTU | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Case No. 5:25-cv-00197-XR |
| | § | |
| HON. NORM GONZALES, MICHAEL AMEZQUITA, LESLIE M. LUTTRELL, ROGELIO SANDOVAL, ELIZABETH DAVIDSON, and BEXAR APPRAISAL DISTRICT | § § § § § § | |
| | § | |
| Defendants. | § | |

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS BY CERTAIN DEFENDANTS

TO THE HONORABLE XAVIER RODRIGUEZ,

NOW COMES, Morris E. "Trey" White, III, counsel for Defendants Michael Amezquita, Rogelio Sanchez, Leslie M. Luttrell, and Bexar Appraisal District expressly subject to the jurisdictional pleas to be asserted in the first responsive pleadings filed in this proceeding, and files this *Unopposed Motion For Extension Of Time To File Responsive Pleadings* and in support thereof would respectfully show unto the Court the following:

1.    On or about February 24, 2025, Antonio G. Cantu ("Cantu") the Plaintiff herein filed his Original Complaint against Defendants Michael Amezquita, Rogelio Sanchez, Leslie M. Luttrell, and Bexar Appraisal District (collectively the "Served

Defendants"), and the Hon. Norma Gonzales, Texas State District Judge.[1]  Each of the original Defendants was served on Friday, February 28, 2025.  The return of service is on file in these proceedings as ECF 4.  Based upon service on February 28, 2025, the answer Date for the Defendants on the original Complaint is March 21, 2025. *See* ECF 4.

2. Subsequent to the service of the summonses and prior to the answer date for the Served Defendants, Cantu filed an Amended Complaint.  *See* ECF 5.  The Amended Complaint adds Davidson as a Defendant, increases the page count from 175 pages to 267 pages, specifically amends the First Count (ECF 5 at pages – 39) and adds multiple inserts to the Second Count and Third Count.  *Id.*  Service was effected upon Davidson on March 19, 2025 requiring an answer to be filed on or before April 9, 2025.

3. Because of the extensive modifications to the Complaint and the addition of Davidson as a Defendant, the undersigned requests the entry of an order by this Court extending the deadline for the filing of responsive pleadings on behalf of Defendants Michael Amezquita, Rogelio Sanchez, and Leslie M. Luttrell to filed to April 9, 2025, the responsive pleading deadline for Davidson.  The most cursory review of the Amended Complaint reveals both the wholly disheveled nature of the pleading and the serious nature of the allegations and warrants the short extension of time to digest the 267-page tome filed as the Amended Complaint.  The undersigned, on behalf of the Served Defendants, would show the Court that the 8-day extension will not prejudice the Plaintiff

---

[1] The undersigned will be appearing on behalf of Defendants Michael Amezquita, Rogelio Sanchez, Leslie M. Luttrell, Elizabeth "Conry" Davidson, and Bexar Appraisal District.

and will afford the undersigned an opportunity to confer with his clients and set forth meaningful responsive pleadings to the Amended Complaint.

WHEREFORE, PREMISES CONSIDERED the Served Defendants respectfully request that this Court extend the deadline for the responsive pleadings to the Amended Complaint to April 9, 2025, together with such other and further relief as may be available at law or in equity.

    Respectfully submitted,

    Lutrell + Carmody Law Group
    One International Centre
    100 N.E. Loop 410, Suite 615
    San Antonio, Texas 78216

    By: /s/ Morris E. "Trey" White, III
        Morris E. "Trey" White, III
        State Bar No. 24003162
        Of Counsel

ATTORNEYS FOR DEFENDANTS MICHAEL AMEZQUITA, ROGELIO SANDOVAL, LESLIE M. LUTTRELL, ELIZABETH "CONRY" DAVIDSON, AND BEXAR APPRAISAL DISTRICT

## CERTIFICATE OF CONFERENCE

I, Morris E. "Trey" White, III, hereby certify that on March 24, 2025 I emailed Antonio G. Cantu, Esq. in an attempt to confer regarding the relief requested in this Motion. Mr. Cantu does not oppose this Motion and the relief requested herein.

    */s/ Morris E. "Trey" White, III*
    Morris E. "Trey" White, III

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing document was served on the following by electronic service the 24th day of March 2025:

Antonio G. Cantu                                         ***via email: judgeacantu@hotmail.com***
106 Dogwood Lane
San Antonio, Texas 78213

                                                            By: */s/ Morris E. "Trey" White, III*
                                                                 Morris E. "Trey" White, III