UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ANTONIO G. CANTU | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Case No. 5:25-cv-00197-XR |
| HON. NORM GONZALES, MICHAEL AMEZQUITA, LESLIE M. LUTTRELL, ROGELIO SANDOVAL, ELIZABETH DAVIDSON, and BEXAR APPRAISAL DISTRICT | § § § § § § § | |
| Defendants. | § | |

## ORDER GRANTING
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS BY CERTAIN DEFENDANTS

ON THIS DAY came on for consideration in the above styled and numbered proceeding the *Unopposed Motion For Extension Of Time To File Responsive Pleadings By Certain Defendants* (the "Unopposed Motion")  The Court, having considered the Unopposed Motion, the Amended Complaint, and status of the proceedings finds that good cause has been show and the Unopposed Motion should be GRANTED.  It is accordingly,

ORDERED, that the responsive pleading deadline for Defendants Michael Amezquita, Rogelio Sanchez, Leslie M. Luttrell, and Bexar Appraisal District is hereby extended to April 9, 2025.

Signed this ___ day of _____, 2025.

_____
Xavier Rodriguez
U.S. District Judge

Prepared by:

Morris E. "Trey" White, III, Of Counsel
State Bar No. 24003162
Lutrell + Carmody Law Group
One International Centre
100 N.E. Loop 410, Suite 615
San Antonio, Texas 78216

**ATTORNEYS FOR DEFENDANTS MICHAEL AMEZQUITA, ROGELIO SANDOVAL, LESLIE M. LUTTRELL, ELIZABETH "CONRY" DAVIDSON, AND BEXAR APPRAISAL DISTRICT**